FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -9   AM 8: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AMBULATORY CARE CENTER, LLC,
An Indiana Limited Liability
Company, EVANSVILLE SURVEY
GROUP, INC., An Indiana Corporation,
and PHILLIP STIVER, M.D., on behalf
of himself and all others similarly situated,

      Plaintiffs,

VS                            NO.  02-2095 D BRE

UIBERALL, LEIB, BLOCKMAN AND
PERRY, P.C., a Tennessee Professional
Corporation,

      Defendant.

## STIPULATION OF DISMISSAL

      COME NOW, the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed.

      **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the case be, and the same is hereby dismissed.

_____
JUDGE

DATE: _8_/_8_/_05_ _____

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-9-05

(147)

APPROVED FOR ENTRY:

_____

MARTIN H. AUSSENBERG, ESQ.
Attorney for Plaintiffs
2157 Madison Avenue
Suite 203
Memphis, Tennessee 38104


_____

R. DOUGLAS HANSON, ESQ.
Attorney for Defendant
26 North Second Street
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:02-CV-02095 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Martin H. Aussenberg
LAW OFFICES OF MARTIN H. AUSSENBERG, P.C.
2157 Madison Ave.
Ste. 203
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT