FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE   05 AUG 10 PM 1:51
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMBULATORY CARE CENTER, LLC, An Indiana Limited Liability Company, EVANSVILLE SURVEY GROUP, INC., An Indiana Corporation, and PHILLIP STIVER, M.D., on behalf of himself and all others similarly situated, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| UIBERALL, LEIB, BLOCKMAN AND PERRY, P.C., a Tennessee Professional Corporation, | CASE NO: 2:02-2095-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on August 9, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/10/05
Date

THOMAS M. GOULD
_____
Clerk of Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-10-05

Earline Drayer
(By) Deputy Clerk

(148)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 148 in case 2:02-CV-02095 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Martin H. Aussenberg
LAW OFFICES OF MARTIN H. AUSSENBERG, P.C.
2157 Madison Ave.
Ste. 203
Memphis, TN 38104

R. Douglas Hanson
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard Glassman
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT